IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DESMOND CORDELL WOODSON,
  Petitioner,

v.  Civil Action No. 3:19cv899 (DJN)

HAROLD CLARKE,
  Respondent.

**MEMORANDUM OPINION**

This matter comes before the Court on its own initiative. On December 4, 2019, Petitioner Desmond Cordell Woodson ("Petitioner"), proceeding *pro se*, submitted a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1.) By Memorandum Order entered on December 12, 2019, the Court directed Petitioner to complete and return, within fifteen days of the date of entry thereof, an affidavit in support of his request to proceed *in forma pauperis* or pay the $5.00 filing fee. (ECF No. 2.) More than fifteen (15) days have passed and Petitioner has not returned the required *in forma pauperis* affidavit.

Petitioner has failed to pay the assessed fee or adequately explain any special circumstances warranting excuse from payment. Accordingly, the petition will be hereby DISMISSED WITHOUT PREJUDICE. A certificate of appealability will be hereby DENIED.

Let the Clerk file a copy of this Memorandum Opinion electronically, notify all counsel of record, and send a copy to Petitioner at his address of record.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Date: January 24, 2020